No. 467. ESTATE OF GARRETT ET AL. *v.* GREENBERG. TRUSTEE, ET AL. June 18, 1945. 323 U. S. 766.

## STATEMENT SHOWING THE NUMBER OF CASES FILED, DISPOSED OF, AND REMAINING ON DOCKETS, AT CONCLUSION OF OCTOBER TERMS—1942, 1943 AND 1944

|  | ORIGINAL | | | APPELLATE | | | TOTALS | | |
|---|---|---|---|---|---|---|---|---|---|
| Terms | 1942 | 1943 | 1944 | 1942 | 1943 | 1944 | 1942 | 1943 | 1944 |
| Number of cases on dockets | 15 | 11 | 11 | 1,103 | 1,107 | 1,382 | 1,118 | 1,118 | 1,393 |
| Cases disposed of during terms | 4 | 1 | 0 | 992 | 960 | 1,249 | 997 | 961 | 1,249 |
| Number of cases remaining on dockets | 10 | 10 | 11 | 111 | 147 | 133 | 121 | 157 | 144 |

|  | TERMS | | |
|---|---|---|---|
|  | 1942 | 1943 | 1944 |
| Distribution of cases disposed of during terms: | | | |
| Original cases | 5 | 1 | 0 |
| Appellate cases on merits | 261 | 211 | 278 |
| Petitions for certiorari | 731 | 749 | 971 |
| Distribution of cases remaining on dockets: | | | |
| Original cases | 10 | 10 | 11 |
| Appellate cases on merits | 75 | 85 | 86 |
| Petitions for certiorari | 36 | 62 | 47 |

JUNE 18, 1945.